IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED

03 OCT 10 AM 8:31

U.S. DISTRICT COURT
N.D. OF ALABAMA

ESTATE OF KIRKMAN O'NEAL, deceased;  )
ELIZABETH O'NEAL WHITE SHANNON,     )
EMMET O'NEAL, and EMMET O'NEAL, III, )
Personal Representatives,           )
                                    )
    Plaintiffs,                     )
                                    )
v.                                  )   Civil Action No.: 94-PT-2493-S
                                    )
UNITED STATES OF AMERICA,           )
                                    )   ENTERED
    Defendant.                      )
                                        OCT 14 2003

AMENDMENT TO MEMORANDUM OPINION FILED ON OCTOBER 8, 2003

That portion of the quote on page 55 of footnote 24 in *O'Neal I* which says "In 1984, the Fifth Circuit ...." is amended to read "In 1974, the Fifth Circuit .... ."

**DONE** and **ORDERED** this the 10 day of October, 2003.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

95